**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)



# Court of Appeals

## Thirteenth District of Texas

September 11, 2014

Hon. Stephen W. Byrne
Attorney at Law
302 Rosebud Ave.
Corpus Christi, TX 78404
* DELIVERED VIA E-MAIL *

Hon. Douglas K. Norman
Asst. District Attorney
901 Leopard, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-12-00394-CR
Tr.Ct.No. 12-CR-797-G
Style:   MARCUS DURHAM v. THE STATE OF TEXAS

      Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   State Prosecuting Attorney (DELIVERED VIA E-MAIL)
     319th District Court  (DELIVERED VIA E-MAIL)
     Hon. Patsy Perez, Nueces County District Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)